674

15, 1935, to separate from her; that she would fuss, nag, quarrel, curse, and threaten plaintiff, and that about July 15, 1935, told plaintiff to get his clothing, leave and stay away, all of which rendered their living together as husband and wife insupportable.

The defendant's answer contained a general demurrer and a general denial. The general demurrer was overruled and, on trial before a jury, the defendant was found guilty of cruelty, as alleged, and the verdict meeting the approval of the court, judgment was rendered for plaintiff as prayed, from which defendant appealed.

Only one assignment of error is urged, that is, that the court erred in overruling defendant's general demurrer to plaintiff's petition. This assignment is overruled, on authority of McCullough v. McCullough, 120 Tex. 209, 36 S.W.2d 459, Priddy v. Priddy, Tex.Civ.App., 78 S.W.2d 1110, and other cases to the same effect, hence, the judgment below is affirmed.

Affirmed.

jury resulted in judgment dissolving the marital relationship existing between plaintiff and defendant and decreeing that defendant pay to plaintiff $15 per month for the support and maintenance of their minor children, and custody of whom was awarded to their mother with provision that their father be allowed to visit them and to have them visit him at all reasonable times. The defendant has appealed.

The only complaint made by appellant is that the evidence is insufficient to support the judgment. The record is accompanied by a statement of facts containing the testimony introduced upon the trial of the case. After carefully reviewing the testimony we have concluded that the judgment is not without sufficient support in evidence, and respectfully overrule the assignment.

The judgment is affirmed.

## PIRTLE v. PIRTLE.
### No. 5371.

Court of Civil Appeals of Texas.
Texarkana.
March 9, 1939.

Geo. Morrison, of Clarksville, for appellant.

C. D. Bourne, Jr., of Clarksville, for appellee.

JOHNSON, Chief Justice.

This is a divorce suit, filed by appellee, Katie Mae Pirtle, against her husband, Scott Pirtle. Trial to the court without a

## TRAVELERS INS. CO. v. SIMON.
### No. 3410.

Court of Civil Appeals of Texas.
Beaumont.
March 9, 1939.

